**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jessie Martinez, individually and all other similarly situated persons, known and unknown, Plaintiff<br>v.<br>Brex, Inc., d/b/a Car-X Tire and Auto Service, and James Isabell, Individually, Defendants | 1:16-cv-8853<br>Judge: Hon. Rebecca Pallmeyer |

**JOINT STIPULATION OF DISMISSAL**

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On April 15, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Monday, March 19, 2017.


**s/ Valentin T. Narvaez**
Plaintiffs' counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

**s/ Randall W. Slade**
Franco Moroney LLC
500 West Madison St.
Ste 2440
Chicago, IL 60661